IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TELECOM ASSET MANAGEMENT, LLC,

    Plaintiff,

v.

CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS, VERIZON SOURCING LLC, VERIZON COMMUNICATIONS INC., and DOES 1 through 10, inclusive,

    Defendants.

No. C 14-05021 WHA

**ORDER RE DOCKET NUMBER 16**

Defendants filed a motion to transfer to the Southern District of New York based on a forum-selection clause, noticed for a hearing on January 8.

On December 17, plaintiff filed a declaration from Steven Strong, the president of plaintiff Telecom Asset Management, LLC. Appended to that declaration were ten exhibits. Mr. Strong "redacted" portions of those exhibits, purportedly based on "confidentiality obligations" and "privacy interests" (Dkt. No. 16).

This was improper. Plaintiff's counsel should have filed an administrative motion for leave to file under seal only the narrowly-tailored portions that were "privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civil Local Rule 79-5(b). Defendants could then file a supporting declaration, if appropriate. Civil Local Rule 79-5(e).

Plaintiff has until **DECEMBER 19 AT 8:00 A.M.** to fix this mistake. If nothing should be sealed, then plaintiff shall promptly publicly filed the Strong declaration and accompanying exhibits. If nothing more is filed by plaintiff, docket number 16 may (or may not) be stricken.

**IT IS SO ORDERED.**

Dated: December 18, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE