1  DURIE TANGRI LLP
   JOSHUA H. LERNER (SBN 220755)
2  jlerner@durietangri.com
   LAURA E. MILLER (SBN 271713)
3  lmiller@durietangri.com
   217 Leidesdorff Street
4  San Francisco, CA  94111
   Telephone:    415-362-6666
5  Facsimile:    415-236-6300

6  Attorneys for Defendants
   VERIZON WIRELESS and VERIZON SOURCING LLC

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  TELECOM ASSET MANAGEMENT, LLC          Case No. 3: 14-CV -05021-WHA

12                    Plaintiff,           **DEFENDANTS' MOTION FOR ORDER AND
                                           [PROPOSED] ORDER PERMITTING
13       v.                                WITHDRAWAL AND SUBSTITUTION OF
                                           COUNSEL**
14  CELLCO PARTNERSHIP dba VERIZON
    WIRELESS; VERIZON SOURCING LLC;        (CIV. L.R. 7-11 AND 11-5)
15  VERIZON COMMUNICATIONS INC.; and
    DOES I through X, inclusive,           Ctrm:   8, 19th Floor
16                                         Judge:  Honorable William Alsup
17                    Defendants.

18

19

20

21

22

23

24

25

26

27

28

## MOTION

Pursuant to Civil L.R. 7-11 and 11-5, Defendants Verizon Wireless and Verizon Sourcing LLC ("Verizon") hereby moves the Court for an order permitting the withdrawal of its counsel of record, Bobbie Rae Bailey, Glen Silverstein, and Frederick W. Gatt of Leader & Berkon LLP, and the appearance of substitute counsel, Joshua H. Lerner and Laura E. Miller of Durie Tangri LLP, on its behalf in this action.  Verizon respectfully submits that said substitution of counsel is in the interests of justice.

Verizon, Leader & Berkon LLP, and Durie Tangri LLP consent to such withdrawal and substitution of counsel.

Accordingly, Verizon respectfully requests that the Court enter an order reflecting this change, and that all necessary changes be made to the Court's records and ECF, and that all future communications regarding this case be directed to the following:

```
DURIE TANGRI LLP
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300
```

Counsel for Plaintiff, Frank Kollman, Michelle Carter and James Allen Carter of Carter Carter Fries & Grunschlag, were informed of the proposed substitution motion on February 11, 2015 and indicated that Plaintiff does not oppose the substitution.

This motion is not made for purposes of delay or any other improper purpose.

WHEREFORE, Verizon respectfully requests this Court enter its Order permitting withdrawal and substitution of counsel for Verizon, and update the Court's ECF system for this case by removing Bobbie Rae Bailey, Glen Silverstein, and Frederick W. Gatt of Leader & Berkon LLP as counsel of record and substituting in their place Joshua H. Lerner and Laura E. Miller of Durie Tangri LLP as counsel of record for Verizon.

///

Dated: February 12, 2015                    DURIE TANGRI LLP

                                            By: _____
                                                        /s/ Joshua H. Lerner
                                                      JOSHUA H. LERNER
                                                      LAURA E. MILLER

                                            Attorneys for Defendants
                                            VERIZON WIRELESS and VERIZON SOURCING
                                            LLC

Dated: February 12, 2015                    LEADER & BERKON LLP

                                            By: _____
                                                        /s/ Glen Silverstein
                                                      BOBBIE RAE BAILEY
                                                      GLEN SILVERSTEIN
                                                      FREDERICK W. GATT

                                            Attorneys for Defendants
                                            VERIZON WIRELESS and VERIZON SOURCING
                                            LLC

Dated: February 12, 2015                    VERIZON WIRELESS and VERIZON SOURCING
                                            LLC

                                            By: _____
                                                        /s/ Robert P. Slevin
                                                      ROBERT P. SLEVIN


**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Joshua H. Lerner, attest that concurrence

in the filing of this document has been obtained.

Dated: February 12, 2015        By: _____
                                            /s/ Joshua H. Lerner
                                          JOSHUA H. LERNER

2

## ~~PROPOSED~~ ORDER

Having reviewed and considered Defendants Verizon Wireless and Verizon Sourcing LLC's ("Verizon") Motion for Order Permitting Withdrawal and Substitution of Counsel, and good cause appearing, the Court hereby orders that Bobbie Rae Bailey, Glen Silverstein, and Frederick W. Gatt of Leader & Berkon LLP be permitted to withdraw as counsel of record, and Joshua H. Lerner and Laura E. Miller of Durie Tangri LLP may appear as substitute counsel of record for Verizon. The Court's ECF system shall be updated to reflect these changes.

**IT IS SO ORDERED.**

Dated: February 17, 2015.
_____

WILLIAM ~~H.~~ ALSUP
United States District Judge

---

3

DEFENDANTS' MOTION FOR ORDER AND ~~[PROPOSED]~~ ORDER PERMITTING WITHDRAWAL
AND SUBSTITUTION OF COUNSEL / CASE NO. 3: 14-CV -05021-WHA