IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TELECOM ASSET MANAGEMENT, LLC,

    Plaintiff,

  v.

CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS; VERIZON SOURCING LLC; VERIZON COMMUNICATIONS INC; and DOES I through X, inclusive,

    Defendants.

No. C 14-05021 WHA

**ORDER SETTING DISCOVERY HEARING RE DEFENDANTS' DISCOVERY DISPUTE**

    The Court **SETS A TWO-HOUR MEET-AND-CONFER** in the Court's jury room in the federal courthouse in San Francisco from **8:00 A.M. TO 10:00 A.M.** on **TUESDAY, APRIL 7, 2015**. At **10:00 A.M.**, the Court shall hold a hearing to resolve any remaining outstanding issue(s). Plaintiff's response to defendants' discovery letter is due by **NOON ON APRIL 3**. Please buzz chambers at 8:00 a.m. on April 7 to be let into the jury room. Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

    **IT IS SO ORDERED.**

Dated: April 1, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE