UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TELECOM ASSET MANAGEMENT, LLC,

                        Plaintiff,

          - against -

CELLCO PARTNERSHIP, et al.,

                        Defendants.

ORDER

15-CV-2786 (SHS)(RLE)

**RONALD L. ELLIS, U.S.M.J.:**

    The Court has received the Parties' joint letter regarding current discovery disputes. (Doc. No. 148.) The Parties allege several factual differences. For example, Defendants seek "all contracts relating to [Plaintiff's] provision of services between December 2011 and the present." (*Id.* at 1.) Defendants argue that Plaintiff has identified approximately fifteen responsive contracts, and has admitted to having the documents on counsel's computer. (*Id.*) Plaintiff contends that it would "need to review files for all entities it has done business with since its inception," including searching through 107,058 documents across more than 200 computer files. (*Id.* at 2.) To the extent that such factual differences are alleged for any outstanding dispute,

    **IT IS HEREBY ORDERED** that both Parties submit affidavits from someone with personal knowledge of the issues by **January 19, 2016**.

SO ORDERED this 11th day of January 2016.
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge